# United States District Court

## Middle District of Tennessee
### 801 Broadway, Suite 824
### Nashville, Tennessee 37203

Chambers of
Robert L. Echols
District Judge

615-736-2774

August 7, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Sir or Madam:

In response to your letter of June 29, 2006, please accept this letter as an amendment to my 2005 Financial Disclosure Report, Section VII, Investments and Trusts.

In Part I, Line 1, I listed the position of Executor of "Estate #1." Although I listed the assets involved in the estate in Part VII, I did not specifically identify that the assets were, in fact, a part of the estate. My report should be amended to reflect that the assets listed in Part VII, Lines 52, 53, and 54--that is, the Nashville Bank and Trust accounts, the AIG Annuity Bridge account, and the condominium in Memphis, Tennessee–are a part of the estate for which I was the executor as listed in Part I, Line 1. (Please note that my 2004 report reflects that the above-mentioned assets were acquired through an inheritance, which are a part of the estate in question.)

If you have any further questions in this regard, please let me know.

Sincerely,



Robert L. Echols

RE/vk

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ECHOLS, ROBERT L | U.S.D.C., Middle Dist. of Tenn | 05/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

**7. Chambers or Office Address**

801 BROADWAY, SUITE 824
NASHVILLE, TN 37203

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EXECUTOR | ESTATE #1 |
| 2. DEAN'S CIRCLE | UNIV. OF TENNESSEE COLLEGE OF LAW |
| 3. BOARD OF DIRECTORS | FEDERAL JUDGES ASSOCIATION |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 2. | |

RECEIVED
2006 MAY -1 P 12: 44
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | May 14-16, 2005, Washington, DC, Meeting of Board of Directors (Transportation, Meals, and Lodging) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | MORTGAGE/INVESTMENT PROP/NAPLES,FL (Part VII, Line 7) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. STOCK, BANK OF AMERICA | B | Dividend | K | T | | | | | |
| 2. COM. STOCK, AMSOUTH CORPORATION | F | Dividend | P1 | T | | | | | |
| 3. COM. STOCK, FIRSTAR | A | Dividend | J | T | | | | | |
| 4. PARCEL 1, COMMERCIAL BUILDING, NASHVILLE, TN | E | Rent | M | S | | | | | |
| 5. ███████ LAND, DECHERD, TN | | None | J | S | | | | | |
| 6. CONDOMINIUM, NAPLES FL | | None | N | S | | | | | |
| 7. COM. STOCK, CENTRAL PARKING | A | Dividend | J | T | | | | | |
| 8. ING USA Annuity & Life Ins- ANNUITY #1 (formerly Equitable) | | None | K | T | | | | | |
| 9. ING USA Annuity & Life Ins- ANNUITY #2 (formerly Equitable) | | None | K | T | | | | | |
| 10. ING USA Annuity & Life Ins. ANNUITY #3 (formerly Equitable) | | None | L | T | | | | | |
| 11. ING USA Annuity & Life Ins. ANNUITY #4 (formerly Equitable) | | None | K | T | | | | | |
| 12. IRA #2 -- UBS FINANCIAL | D | Dividend | P1 | T | | | | | |
| 13. - BRIGHT HORIZONS FAMILY SOLUTIONS | | | | | | | | | |
| 14. - UBS FINANCIAL MONEY FUND | | | | | | | | | |
| 15. - DELL, INC. | | | | | | | | | |
| 16. - CORRECTIONS CORP. OF AMERICA | | | | | | | | | |
| 17. - WALT DISNEY COMPANY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - TIME WARNER, INC. | | | | | | | | | |
| 19. - COCA COLA | | | | | | | | | |
| 20. - HOME DEPOT | | | | | | | | | |
| 21. - AMERICAN EXPRESS COMPANY | | | | | | | | | |
| 22. - CITIGROUP, INC. | | | | | | | | | |
| 23. - NUVEEN GLASS STEAGALL LONG TERM SECTOR PORTFOLIO | | | | | | | | | |
| 24. - NETWORK APPLIANCE, INC. | | | | | | | | | |
| 25. - NUVEEN ENERGY LONG-TERM SECTOR PORTFOLIO | | | | | | | | | |
| 26. - NUVEEN UTILITY LONG TERM 5 YEAR CASH | | | | | | | | | |
| 27. - NUVEEN AEROSPACE & DEFENSE LONG TERM CASH | | | | | | | | | |
| 28. - GENERAL ELECTRIC COMPANY | | | | | | | | | |
| 29. - ST PAUL TRAVELERS COS | | | | | | | | | |
| 30. -PALM, INC. (formerly Palmone, Inc.) | | | | | | | | | |
| 31. -AMERPRISE FINANCIAL | | | | | Spinoff | 10/3 | J | | |
| 32. IRA -- WACHOVIA | A | Dividend | K | T | | | | | |
| 33. - JOHN HANCOCK REGIONAL BANK FUND | | | | | | | | | |
| 34. COM. STOCK, CHARLES SCHWAB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM. STOCK, INTERNATIONAL PAPER | A | Dividend | J | T | | | | | |
| 36. SECURITIES - UBS FINANCIAL | | | | | | | | | |
| 37. - UBS FINANCIAL MONEY FUND | A | Dividend | J | T | | | | | |
| 38. - COM. STOCK, HOME DEPOT | A | Dividend | J | T | | | | | |
| 39. - COM. STOCK, GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 40. - COM. STOCK, WALMART | A | Dividend | J | T | | | | | |
| 41. - COM. STOCK, MCDONALDS | A | Dividend | J | T | | | | | |
| 42. - KNOX CO. TN HLTH EDL & HSG SER. | A | Dividend | M | T | | | | | |
| 43. IRA - PFS INVESTMENTS | B | Dividend | M | T | | | | | |
| 44. - AIM CONSTELLATION FUND | | | | | | | | | |
| 45. - AIM CHARTER FUND | | | | | | | | | |
| 46. - AIM VALUE FUND | | | | | | | | | |
| 47. RENTAL HOUSE, SPRINGFIELD, TN | C | Rent | L | R | | | | | |
| 48. COM. STOCK, EASTMAN KODAK CO. | A | Dividend | J | T | | | | | |
| 49. COM. STOCK, EXXON CORPORATION | A | Dividend | K | T | | | | | |
| 50. COM. STOCK, DOW CHEMICAL | A | Dividend | J | T | | | | | |
| 51. AMSOUTH ACCOUNTS | A | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NASHVILLE BANK & TRUST ACCOUNTS | D | Interest | M | T | | | | | |
| 53. AIG ANNUITY BRIDGE ACCOUNT | A | Interest | J | T | | | | | |
| 54. CONDOMINIUM - MEMPHIS, TN | | None | | | SELL | 10/28 | L | A | Adrian and Michael Burrage |
| 55. SUNTRUST ACOUNTS | B | Interest | N | T | OPENED | 10/05 | M | | |
| 56. PRIMERICA ACCOUNT (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section 7, Line 4:
This parcel was reassessed in April 2005, with an assessed value of $112,000. The assessed value is 40% of the appraised value, which is $280,000.

Section 7, Line 5:
This parcel has an assessed value of $9,400. The assessed value is 25% of the appraised value, which is $37,600.

Section 7, Line 6:
This parcel has an assessed value of $606,970. The assessed value is 100% of the appraised value. This filer has a 50% interest in the property.

Section 7, Line 47:
The rental house in Springfield, Tennessee, was purchased in March 1997. The purchase price was $76,000.

Section 7, Line 52:
The value and income of the Bank of America Account listed in Section 7, Line 52 of the previous report has declined below the reporting value and has, therefore, been removed from the report.

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur▮ ▮▮▮▮ Date 5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544